Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of trays, silent butlers, etc., similar in all material respects to those the subject of *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C.D. 1423), the articles in question were held dutiable as follows: (1) The items marked with the letter "A" at 40 percent under paragraph 339 as household utensils, composed wholly or in chief value of brass, not plated with platinum, gold, or silver; (2) the items marked with the letter "B" at 35 percent under the provision in said paragraph, as modified by the trade agreement with the United Kingdom (T.D. 49753), for household utensils, composed wholly or in chief value of copper, not plated with platinum, gold, or silver; and (3) the items marked with the letter "C" at 25 percent under the provision in said paragraph, as modified, *supra*, for household utensils, composed wholly or in chief value of pewter, not plated with platinum, gold, or silver.

No. 64318.—R. H. Elsbach & Co. and H. B. Thomas et al. v. United States, protests 59/14670, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of chewing gum similar in all material respects to that the subject of *Fred L. Strauss* v. *United States* (43 Cust. Ct. 136, C.D. 2117), the claim of the plaintiffs was sustained.

No. 64319.—W. Y. Moberly v. United States, protests 292360–K, 296727–K, and 294078–K (Great Falls).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64320.—Ralph M. Close v. United States, protest 58/410 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64321.—Close and Stewart v. United States, protests 58/2126 and 58/25519 (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64322.—Close and Stewart v. United States, protests 58/10089, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64323.—John V. Carr & Son, Inc. v. United States, protests 59/6646, etc. (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64324.—The A. W. Fenton Co., Inc. v. United States, protests 59/21321, etc. (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64325.—John V. Carr & Son, Inc. v. United States, protests 59/22468, etc. (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64326.—C. J. Tower & Sons v. United States, protest 220481–K (Buffalo).